**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hector ACOSTA, Defendant–Appellant.**

No. 05–50378.

United States Court of Appeals,
Ninth Circuit.

Submitted May 20, 2008.*

Filed May 23, 2008.

Becky S. Walker, Esq., Beong–Soo Kim, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jerry Sies, Esq., Los Angeles, CA, for Defendant–Appellant.

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

## MEMORANDUM **

Hector Acosta appeals from his guilty-plea conviction for conspiracy to distribute and to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Acosta contends that his counsel was ineffective because he failed to inform Acosta that the government had offered a plea agreement that contained a departure provision pursuant to U.S.S.G. § 5K1.1. As a preliminary matter, we conclude that any defect in Acosta's notice of appeal does not affect our jurisdiction. *See United States v. Belgarde*, 300 F.3d 1177, 1180 (9th Cir. 2002). However, we decline to review Acosta's ineffective assistance of counsel claim on direct appeal because "the record on appeal is [not] sufficiently developed to permit determination of the issue," and Acosta does not contend that his legal representation was so inadequate that it "obviously denie[d]" him his Sixth Amendment right to counsel. *See United States v. Jeronimo*, 398 F.3d 1149, 1156 (9th Cir. 2005). We further decline Acosta's re-quest to remand for an evidentiary hearing to develop the record.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

